■ HYMAN MARCUS et al. v. AUSTIN ASSOCIATES, INC., et al.— Motion for a stay dismissed with leave to renew upon a proper notice of motion served upon all the attorneys for all the respondents. Motion to dismiss appeal denied. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ In the Matter of LOPEZ CAPO, Appellant v. FLORENCE KELLEY.— Motion for an enlargement of time and for other relief granted only insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. In all other respects the motion is denied. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ GERTRUDE GERSTLER v. ALFRED GERSTLER.— Motion for an assignment of counsel and for other relief granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. In all other respects, the motion is denied. The court will not assign counsel. Appellant may procure her own counsel or prosecute the appeal *pro se*. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ HERMAN ROOM et al. v. GERTRUDE GERSTLER.— Motion for an assignment of counsel and for other relief denied in all respects. The court will not assign counsel. Appellant may procure her own counsel or prosecute the appeal *pro se*. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY HEWLETT.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

## (March 9, 1962)

■ CATHERINE HOPPMAN et al. v. RIVERVIEW EQUITIES CORP.— Motion for a stay granted on the following conditions: (1) that the appellants procure the record on appeal and appellants' points to be served and filed on or before March 22, 1962, with notice of argument for April 3, 1962, said appeal to be argued or submitted when reached; (2) within 10 days after the entry of the order hereon the case be set down for trial on plaintiffs' consent to an early trial; (3) plaintiffs continue to pay to the defendant registered rent; and (4) the plaintiffs each post a bond in the amount of $1,500. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of PHILBERN REALTY CORP. v. ROBERT E. HERMAN.— Motion for a stay granted on the conditions as stated in the order to show cause, dated March 1, 1962. That branch of the motion seeking a preference is granted to the extent of placing the case on the calendar of April 4, 1962. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of JAMES C. BLACK et al. v. ROBERT E. HERMAN and 55 PERRY CORP.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before March 20, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before April 4, 1962. Reply points, if any, are to be served and filed on or before April 9, 1962. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.